UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LEWIS E. CARROLL,

    Plaintiff,

v.                                                      Case. No. 09-14037
                                                        Hon. Lawrence P. Zatkoff

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

_____/

**OPINION AND ORDER**

AT A SESSION of said Court, held in the United States Courthouse, in the City of Port Huron, State of Michigan, on September 30, 2011

PRESENT: THE HONORABLE LAWRENCE P. ZATKOFF
UNITED STATES DISTRICT JUDGE

**I. INTRODUCTION**

Plaintiff filed this action seeking Social Security disability benefits. This matter currently comes before the Court on the Magistrate Judge's Report and Recommendation [dkt 24], in which the Magistrate Judge recommends that Plaintiff's Motion for Summary Judgment [dkt 16] be denied and Defendant's Motion for Summary Judgment [dkt 22] be granted. Plaintiff has filed objections to the Magistrate's Report and Recommendation [dkt 25], to which Defendant has responded [dkt 27]. The Court has thoroughly reviewed the court file, the respective motions, the Report and Recommendation, Plaintiff's objections, and Defendant's response. The Court finds that the Magistrate Judge did not err in finding that the ALJ's determination was supported by substantial evidence in the record as a whole. The Court therefore ADOPTS the Magistrate Judge's Report and Recommendation.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion for Summary Judgment [dkt 16] is DENIED, and Defendant's Motion for Summary Judgment [dkt 22] is GRANTED.

IT IS SO ORDERED.

S/Lawrence P. Zatkoff
LAWRENCE P. ZATKOFF
UNITED STATES DISTRICT JUDGE

Dated:  September 30, 2011

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on September 30, 2011.

S/Marie E. Verlinde
Case Manager
(810) 984-3290